```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**WEST VIRGINIA HIGHLANDS
CONSERVANCY and THE SIERRA
CLUB,**

        Plaintiffs,

v.                                     Civil Action No. 2:21-cv-00057

**JMAC LEASING, INC.,**

        Defendant.

<u>MEMORANDUM OPINION AND ORDER</u>

The court is in receipt of the parties' Agreed Notice of Termination. ECF No. 33.

On December 21, 2021, the parties jointly filed a Motion to Enter Proposed Consent Decree. ECF No. 30. The court thereafter ordered that the consent decree be entered, finding that it was "fair, adequate, and reasonable"; that it was "neither illegal nor the product of collusion"; and that it "serve[d] the public interest." Mem. Op. & Order, ECF No. 31, at 6. The court terminated the case but retained jurisdiction over the execution of the consent decree. <u>Id.</u> at 7; Consent Decree, ECF No. 32, ¶¶ 36-37.

Paragraph 39 of the Consent Decree required the parties to notify the court when "all payments that [d]efendant

[was] obligated to make" thereunder were paid. Pursuant thereto, the parties filed the Notice of Agreed Termination.

Accordingly, the court ORDERS that its jurisdiction over this matter and the Consent Decree be, and hereby is, terminated.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: January 24, 2024

John T. Copenhaver, Jr.
Senior United States District Judge